IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

SHANE EUGENE CARSON                                                                    PLAINTIFF

v.                                         Civil No. 3:25-cv-03017-CDC

SHERIFF JOHN MONTGOMERY, Baxter
County, Arkansas; and DEPUTY TABITHA
MAZE, Baxter County Detention Center                                                   DEFENDANTS

**OPINION AND ORDER**

    This is a civil rights action filed pursuant to 42 U.S.C. § 1983. The case is before the Court on Plaintiff's failure to obey the orders of the Court.

**I. DISCUSSION**

    On December 4, 2025, Defendants filed a Motion for Summary Judgment (ECF No. 19). The Court entered an Order directing Plaintiff to file a response to this Motion by December 26, 2025. *See* ECF No. 22. The mailing of that Order to Plaintiff was returned as undeliverable. *See* ECF No. 23. However, Plaintiff never provided the Court with his new address, despite having previously been ordered to do so within thirty days of any change in his address. *See* ECF No. 5. Plaintiff also never filed any response to Defendants' Motion. Therefore, on January 21, 2026, this Court entered another Order directing Plaintiff to show cause why he failed to obey those previous Orders, and imposing a deadline of February 11, 2026, for Plaintiff's show-cause response. *See* ECF No. 24. That show-cause Order was also returned as undeliverable, *see* ECF No. 25, and Plaintiff never responded to it.

    The Federal Rules of Civil Procedure specifically contemplate dismissal of a case on the ground that the plaintiff failed to prosecute or failed to comply with an order of the court. Fed. R. Civ. P. 41(b); *Line v. Wabash R.R. Co.,* 370 U.S. 626, 630-31 (1962) (stating that the district court

possesses the power to dismiss *sua sponte* under Rule 41(b)). Pursuant to Rule 41(b), a district court has the power to dismiss an action based on "the plaintiff's failure to comply with *any* court order." *Brown v. Frey*, 806 F.2d 801, 803-04 (8th Cir. 1986) (emphasis added). Additionally, Rule 5.5(c)(2) of the Local Rules for the Eastern and Western Districts of Arkansas requires parties appearing *pro se* to monitor the case, and to prosecute or defend the action diligently. Therefore, Plaintiff's case should be dismissed for failure to comply with the Court's Local Rules and orders and for failure to prosecute this case.

## II. CONCLUSION

**IT IS THEREFORE ORDERED** that Plaintiff's Complaint (ECF No. 1) is **DISMISSED WITHOUT PREJUDICE** based on Plaintiff's failure to prosecute this case and his failure to obey the orders of the Court. Judgment will be entered contemporaneously with this Order.

**DATED** this **24th day of February 2026**.

/s/ *Christy Comstock*
HON. CHRISTY COMSTOCK
UNITED STATES MAGISTRATE JUDGE