IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

SHANE EUGENE CARSON                                                                              PLAINTIFF

v.                                    Civil No. 3:25-cv-03017-CDC

SHERIFF JOHN MONTGOMERY, Baxter
County, Arkansas; and DEPUTY TABITHA
MAZE, Baxter County Detention Center                                                           DEFENDANTS

## JUDGMENT

For the reasons stated in the Court's Opinion and Order filed this day in this matter, Plaintiff Shane Eugene Carson's Complaint (ECF No. 1) is **DISMISSED WITHOUT PREJUDICE**.

**DATED** this **24th day of February 2026**.

/s/ *Christy Comstock*
HON. CHRISTY COMSTOCK
UNITED STATES MAGISTRATE JUDGE